**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SEAN AUSTIN McKINNEY**                                                      **PLAINTIFF**

**V.**                             **NO. 4:14CV00380-JLH-BD**

**JOSHUA BRADLEY**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED this 3rd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE